FILED
CLERK, U.S. DISTRICT COURT

**10/12/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:22-mj-00646 |
| v. | 4:22-CR-00049 DN |
| Albert Engelsman | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Petition
in the _____ District of Utah on 06/08/22
at 12:00 ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 4/2022 & 6/2022
in violation of Title 18 _____ U.S.C., Section(s) 3583(e)(3)
to wit: _____

A warrant for defendant's arrest was issued by: Hon. David Nuffer

Bond of $ 0 _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Supervised Release Violation Petition & Warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/12/22
                    Date

_signature_  #3083
Signature of Agent

Steven Cordell Lipscomb
Print Name of Agent

US Marshal Service
Agency

Deputy Marshal
Title

---

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT