FILED
CLERK, U.S. DISTRICT COURT

10/12/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: __D. Brown__ DEPUTY

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    Case No.: 5:22-MJ-00646-DUTY
                                     )
                  Plaintiff,         )    ORDER OF DETENTION PENDING
12                                   )    FURTHER REVOCATION
          v.                         )    PROCEEDINGS
13                                   )    (FED. R. CRIM. P. 32.1(a)(6); 18
    ALBERT ENGELSMAN,                )    U.S.C. § 3143(a)(1))
14                                   )
                  Defendant.         )
15  _____ )

16        The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the _____ District of

18  Utah_____ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A. (×)   The defendant has not met his/her burden of establishing by clear and

23           convincing evidence that he/she is not likely to flee if released under 18

24           U.S.C. § 3142(b) or (c).  This finding is based on the following:

25           (×)   information in the Pretrial Services Report and Recommendation

26           (×)   information in the violation petition and report(s)

27           (×)   the defendant's nonobjection to detention at this time

28           ( )   other: _____

1

1  and/ or

2  B. (×)  The defendant has not met his/her burden of establishing by clear and

3  convincing evidence that he/she is not likely to pose a danger to the safety

4  of any other person or the community if released under 18 U.S.C.

5  § 3142(b) or (c).  This finding is based on the following:

6  (×)  information in the Pretrial Services Report and Recommendation

7  (×)  information in the violation petition and report(s)

8  (×)  the defendant's nonobjection to detention at this time

9  ( )  other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: October 12, 2022

15  KENLY KIYA KATO
   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28